### RAHILLY v. THE STATE.

LUMPKIN, J.  The verdict of guilty in this case was supported by the evidence, and, having been approved by the presiding judge, it will not be set aside by this court.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19, — Decided July 17, 1905.

Indictment for assault with intent to murder.  Before Judge Cann.  Chatham superior court.  April 22, 1905.

*Robert L. Colding*, for plaintiff in error.

*William W. Osborne, solicitor-general*, contra.

---

### TURNER v. THE STATE.

EVANS, J.  No complaint being made that any error of law was committed on the trial, and the evidence relied on by the State for a conviction being sufficient to sustain the finding of guilty returned by the jury, this court will not undertake to control the exercise by the presiding judge of his discretion in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued July 10, — Decided July 17, 1905.

Indictment for murder.  Before Judge Holden.  Hart superior court.  June 7, 1905.

*W. L. Hodges* and *A. A. McCurry*, for plaintiff in error.

*John C. Hart, attorney-general*, and *David W. Meadow, solicitor-general*, contra.